IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| THE MASON AND DIXON LINES, INC. <br> a Delaware Corporation <br> <br> v. <br> <br> GIRAFFE LOGISTICS, LLC, <br> a Limited Liability Company, | No. 09 cv 4548 <br> <br> Judge Samuel Der-Yeghiayan |

**MOTION FOR ENTRY OF MEMORANDUM OF JUDGMENT**

Plaintiff, THE MASON AND DIXON LINES, INC. ("Plaintiff"), respectfully moves this Court for entry of a memorandum of judgment, and in support thereof, states as follows:

1. Judgment was entered in this case on October 29, 2009 in favor of Plaintiff and against Defendant, GIRAFFE LOGISTICS, LLC, in the amount of $5461.74.

2. Plaintiff now seeks entry of a signed memorandum of judgment that it can file with the appropriate recorder.

3. Copies of the following are attached hereto: (1) the underlying judgment order, and (2) a draft memorandum of judgment for the Court's signature. An electronic copy of the draft memorandum of judgment has been e-mailed to the Court's proposed order e-mail address.

WHEREFORE, Plaintiff, THE MASON AND DIXON LINES, INC., respectfully requests that this Honorable Court sign the attached a memorandum of judgment in this case.

Respectfully submitted,

THE MASON AND DIXON LINES, INC.

By: /s/ Justin H. Volmert
One of Its Attorneys

Joseph R. Marconi
Justin H. Volmert
JOHNSON & BELL, LTD.
33 West Monroe Street
Suite 2700
Chicago, IL 60603
312-372-0770
312-372-9818 (fax)
Firm ID: 06347

# **CERTIFICATE OF SERVICE**

The undersigned, an attorney, on oath states he caused to be served the foregoing MOTION FOR ENTRY OF MEMORANDUM OF JUDGMENT upon the Defendant, at its address from 33 West Monroe Street, Chicago, Illinois 60603 on April 30, 2010, before 5:00 p.m:

TO: Giraffe Logistics, LLC
      C/O The Company Corporation
      2711 Centerville Road, Suite 400
      Wilmington, DE 19808

                                            /s/ Justin H. Volmert